UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
ALTAUNE BROWN,

                           Plaintiff,

    -against-

MADISON LIQUOR INC. AND
LUCKY OF 195 MADISON STREET
ROOFING & CONTRACTING INC.,

                           Defendants.
---------------------------------------X

**ORDER TO SHOW CAUSE FOR ENTRY OF DEFAULT JUDGEMENT**

*Civil Action No.:*
1:21-cv-8694-JGK

      Upon the affirmation of Bradly G. Marks, Esq. and upon the exhibits hereto attached, it is ORDERED that Defendants Madison Liquor Inc. and Lucky of 195 Madison Street Roofing & Contracting Inc. show cause why an order should not be issued to the Plaintiff granting an Entry of Default Judgment and such further and other relief as the Court deems just and proper.

      The defendants shall respond in writing to this Order to Show Cause for a default judgment by_____. If defendants fail to respond by that date, judgment may be entered against them and the defendants will have no trial. The plaintiff may reply by_____.

      The plaintiff shall serve a copy of this Order to Show Cause by_____ and shall file proof of service by_____.

      No personal appearances are required in connection with this Order to Show Cause.

Dated: New York, New York

        _____

                                                  _____
                                                 United States District Judge