UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
ALTAUNE BROWN,  **DEFAULT JUDGMENT**

              Plaintiff,

                                                    *Civil Action No.:*
      -against-                                        1:21-cv-8694-JGK

MADISON LIQUOR INC. AND
LUCKY OF 195 MADISON STREET
ROOFING & CONTRACTING INC.,

              Defendants.
-------------------------------------X

      **NOW THEREFORE,** this action having been commenced on October 22, 2021 by the filing of the Summons, civil cover sheet and complaint, and a copy of the same having been served on the Defendants Madison Liquor Inc. and Lucky of 195 Madison Street Roofing & Contracting Inc. ("Defendants") and proof of service having been filed on November 16, 2021 and the Defendants not having answered the complaint, and the time for answering the complaint having expired, it is.

      ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against the Defendants, to remove architectural barriers as follows:

      a. Provide an accessible entrance and install a ramp with appropriate slope and signage, and/or otherwise provide an accessible and properly designated entrance for persons with disabilities.

      b. Provide signage addressing persons with disabilities that accessible services are provided.

      c. Provide a safe and accessible emergency exit.

d.  The injunctive relief provided must be in accordance with city, state and federal laws including 28 CFR Part 36, Sec. 36.304 which provides instructions for the Removal of barriers in existing facilities as well as the 2010 ADA Standards for Accessible Design which provides minimum requirements for public accommodations to become readily accessible and useable by individuals with disabilities.

Pursuant to 42 U.S.C. §12188, this Court is vested with the authority to grant the Plaintiff's injunctive relief; including an order to alter the Premises to make them readily accessible to, and useable by, individuals with disabilities to the extent required by the American with Disabilities Act ("ADA"), the New York City Human Rights Laws ("NYCHRL"), and the New York State Human Rights Law ("NYSHRL"), and closing the Premises until the requisite modifications are completed.

Further, that the Plaintiff be awarded, not less than one thousand dollars ($1,000) in compensatory damages based on the Defendant's violation of the NYCHRL and the NYSHRL; the Defendant to comply with terms of the Final Judgment within sixty (60) days of the entry of the judgment; and this Honorable Court retain jurisdiction relating to the Plaintiff's attorneys' fees and said motion shall be filed within ninety (90) days of entry of this Default.

Pursuant to 28 C.F.R. §36.201(b), both the landlord and the tenant are a public accommodation and have full responsibility for complying with the ADA requirements. Therefore, Defendants Madison Liquor Inc. and Lucky of 195 Madison Street Roofing & Contracting Inc. are jointly and severally liable and this order shall be enforceable as to both Defendants.

Dated: New York, New York

_____
                U.S.D.J

This document was entered on the docket on_____.